April 20, 2007

Mr. Victor Navasca Corpuz
Jackson Lewis LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219-4497

Mr. Glen W. Morgan
Reaud Morgan & Quinn, L.L.P.
P. O. Box 26005
Beaumont, TX 77720-6005
Honorable Donald J. Floyd
172nd District Court
1001 Pearl Street
Beaumont, TX 77701-3707

RE: Case Number: 05-0290
 Court of Appeals Number: 09-04-00526-CV
 Trial Court Number: E-167,360

Style: IN RE RLS LEGAL SOLUTIONS, LLC, AND YANDELL ROGERS, III

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Pursuant to Texas Rule of Appellate
Procedure 52.8(c), without hearing oral argument, the Court conditionally
grants the petition for writ of mandamus. The Motion to Amend/Supplement
and/or leave to file surreply to mandamus is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |